LILLIAN ACKERMAN, Respondent, v. FIFTH AVENUE
COACH COMPANY, Appellant.

*Ackerman* v. *Fifth Avenue Coach Co.*, 182 App. Div. 915, appeal
dismissed.

(Argued February 26, 1918; decided March 5, 1918.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered February 7, 1918, affirming
a judgment in favor of plaintiff entered upon a verdict
in an action to recover for personal injuries alleged to
have been sustained by plaintiff through the negligence
of defendant.

The motion was made upon the grounds that the
appeal was without merit and raised no question of law;
that the exceptions were frivolous and the appeal taken
solely for purposes of delay.

*Henry L. Sherman* for motion.

*B. H. Ames* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.